## INTERNATIONAL FIDELITY INSURANCE COMPANY, Plaintiff–Appellee,

v.

## NORTH SHORE ENVIRONMENTAL SOLUTIONS, INC., North Shore Energy Saver, Inc., Jo Ann Zitnansky, and Jaro Zitnansky, Defendants–Appellants.

No. 03–7657.

United States Court of Appeals, Second Circuit.

Jan. 26, 2004.

---

* The Honorable Loretta A. Preska, of the United States District Court for the Southern District of New York, sitting by designation.

Harold F. Damm, Ciotti Damm & Kilgannon, LLP, Mineola, N.Y. (Law Offices of Thomas Robert Stevens, Mineola, N.Y., of counsel), for Appellants.

Thomas J. Demski, Sills Cummis Radin, Tischman Epstein & Gross, P.C., New York, N.Y., for Appellee.

Present: KATZMANN, B.D. PARKER, Circuit Judges, and PRESKA,* District Judge.

## SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be and hereby is AFFIRMED for the reasons stated by the district court in its comprehensive memorandum order, *Int'l Fid. Ins. Co. v. North Shore Envtl. Solutions, Inc.*, No. 01 CV 8531, 2003 U.S. Dist. LEXIS 9106 (E.D.N.Y. May 23, 2003).